AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**GARY LAIRD WICKERSHAM**<br>*Defendant* | Case: 1:21-mj-00418<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 5/7/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                Gary Laird Wickersham                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: May 7, 2021

Digitally signed by G. Michael Harvey
Date: 2021.05.07 13:32:14 -04'00'
*Issuing officer's signature*

City and state:    Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 5/7/2021, and the person was arrested on (date) 5/11/2021
at (city and state) Philadelphia, PA.

Date: 5/11/21

SA [signature]
*Arresting officer's signature*

SA Jennifer A. Morrow, FBI
*Printed name and title*