AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

GARY LAIRD WICKERSHAM
*Defendant*

)
)  Case: 1:21-mj-00418
)  Assigned to: Judge Harvey, G. Michael
)  Assign Date: 5/7/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Gary Laird Wickersham                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: May 7, 2021

Digitally signed by G. Michael Harvey
Date: 2021.05.07 13:32:14 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/7/2021, and the person was arrested on *(date)* 5/11/2021
at *(city and state)* Philadelphia, PA.

Date: 5/11/21

SA [signature]
*Arresting officer's signature*

SA Jennifer A. Morrow, FBI
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>GARY LAIRD WICKERSHAM | )<br>)  Case No.  21-837-M<br>)<br>)  Charging District=s Case No.  21-mj-00418<br>)<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  USDC for the District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise C unless I am indicted C to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are

Date: May 11, 2021

*Defendant=s signature* (signed: Gary L. Wickersham)

*Signature of defendant=s attorney* (signed: Michael Noone)

MICHAEL NOONE

*Printed name of defendant=s attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | NO. 1:21-MJ-00418 (District D.C.) |
| GARY LAIRD WICKERSHAM | : | |

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: **No cash bail.**
_____ **O/R**
_____ **cash**
_____ **secured by**:
_____ **% cash**
_____ **property at:**
_____**Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

\_\_x\_\_ Defendant shall report to Pretrial Services:
_____ **as directed** by Pretrial Services.
_____ times per week **in person**.
\_\_One\_\_ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

_____ Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

_____ Defendant shall submit to **electronic monitoring** at the following address:

_____This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

_____ **Curfew.** You are restricted to your residence every day from_____ to _____ , during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

_____**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health

treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## PASSPORT

_____ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

__x__ Travel is restricted to the **Eastern District of Pennsylvania**.
_____ Travel is restricted to the _____.
__x__ Unless prior permission is granted by Pretrial Services.

## FIREARMS

__x__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

_____ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:
      at: _____ with:

__x__ Defendant must not visit Washington D.C. unless for a court proceeding, meeting with pretrial services, or consultation with his attorney.

## COMPUTERS/INTERNET

_____ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

_____**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to ensure the equipment is password protected.

_____**Other Restrictions**:

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

/s Matthew T. Newcomer
AUSA MATTHEW T. NEWCOMER

Michael Noone, Esq.
COUNSEL FOR DEFENDANT

It is so ORDERED this 11TH day of May, 2021.

BY THE COURT:

/s/ Marilyn Heffley
HONORABLE MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

Last Revised: 9-20-16

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  21-837-M |
| | ) | |
| GARY LAIRD WICKERSHAM | ) | Charging District's |
| *Defendant* | ) | Case No.  21-mj-00418 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  USDC for the  District of  Columbia ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language: _____ .

The defendant: ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date:  May 11, 2021                                                              */s/ Marilyn Heffley*
                                                                                                *Judge's signature*

                                                                        Marilyn Heffley, U.S. Magistrate Judge
                                                                                                *Printed name and title*

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00837-1

| | |
|---|---|
| Case title: USA v. WICKERSHAM | Date Filed: 05/11/2021 |
| | Date Terminated: 05/11/2021 |

Assigned to: Unassigned

**Defendant (1)**

**GARY LAIRD WICKERSHAM**  
*TERMINATED: 05/11/2021*

represented by **MICHAEL G. NOONE**  
KAUFMAN COREN RESS & WEIDMAN, PC  
1525 LOCUST ST., 17TH FL  
PHILADELPHIA, PA 19102  
TEL 215-735-8700  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) - KNOWINGLY ENTERING OR REMAINING IN ANY RESTRICTED BUILDING OR GROUNDS WITHOUT LAWFUL AUTHORITY; 40:5104(e)(2) - VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITAL GROUNDS | |

**Plaintiff**

**USA** represented by **MATTHEW TODD NEWCOMER**

DEPARTMENT OF JUSTICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8284
Email: matthew.newcomer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2021 | | Arrest (Rule 40) of GARY LAIRD WICKERSHAM (tomg, ) (Entered: 05/11/2021) |
| 05/11/2021 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE MARILYN HEFFLEY: Initial Appearance in Rule 5(c)(3) Proceedings as to GARY LAIRD WICKERSHAM held on 5/11/2021. The Govt and defense have agreed to conditions of release. See attached conditions of release order. Signed by United States Magistrate Judge Marilyn Heffley. Court Reporter: ESR.(tomg, ) (Entered: 05/11/2021) |
| 05/11/2021 | 2 | WAIVER of Rule 5(c)(3) Hearing by GARY LAIRD WICKERSHAM (tomg, ) (Entered: 05/11/2021) |
| 05/11/2021 | 3 | ORDER SETTING CONDITIONS OF RELEASE AS TO GARY LAIRD WICKERSHAM THAT THE DEFT IS RELEASED ON BAIL WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE MARILYN HEFFLEY on 5/11/2021.5/11/2021 Entered and Copies NOT Mailed and E-Mailed. (tomg, ) (Entered: 05/11/2021) |
| 05/11/2021 | 4 | COMMITMENT TO ANOTHER DISTRICT AS TO GARY LAIRD WICKERSHAM. DEFENDANT COMMITTED TO DISTRICT OF COLUMBIA.. Signed by MAGISTRATE JUDGE MARILYN HEFFLEY on 5/11/2021.5/11/2021 Entered and Copies NOT Mailed and E-Mailed. (tomg, ) (Entered: 05/11/2021) |
| 05/12/2021 | | DOC. #3 AND #4 MAILED TO MICHAEL NOONE AS TO GARY LAIRD WICKERSHAM (tomg, ) (Entered: 05/12/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/12/2021 09:55:24 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-mj-00837 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**